IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LISA ANDERSEN, | : |
| Plaintiff, | : Civil Action No.: 1:18-cv-001820-RDB |
| v. | : |
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, | : |
| Defendant. | : |

## DEFENDANT DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Ditech Financial LLC f/k/a Green Tree Servicing ("Ditech" or "Defendant"), by and through undersigned counsel, hereby submits this Motion to Dismiss Plaintiff Lisa Andersen's ("Plaintiff") Complaint as against Ditech pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendant respectfully requests that this Court dismiss Plaintiff's Complaint as against Ditech as to any claims that predate and accrued prior to Plaintiff's Chapter 7 Bankruptcy. In support of its Motion, Defendant respectfully submits a Memorandum of Law in Support of its Motion to Dismiss.

DATED: August 15, 2018

Respectfully submitted,

/s/ *Daniel Z. Herbst*
Daniel Z. Herbst (D. Md. Bar. No. 17510)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
Direct Phone: +1 202 414 9232
Email: dherbst@reedsmith.com
*Counsel for Ditech Financial LLC f/k/a Green Tree Servicing*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such to the following:

>Courtney Weiner (Bar #19463)
>Law Offices of Courtney Weiner PLLC
>1629 K St., NW, Suite 300
>Washington, DC 20006
>cw@courtneyweinerlaw.com
>
>*Counsel for Plaintiff*

>/s/ *Daniel Z. Herbst*
>Daniel Z. Herbst