## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

|  |  |
|---|---|
| LISA ANDERSEN, | : |
| Plaintiff, | : Civil Action No.: 1:18-cv-001820-RDB |
| v. | : |
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, | : |
| Defendant. | : |

## DEFENDANT DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING'S NOTICE OF BANKRUPTCY STATUS

Defendant Ditech Financial LLC f/k/a Green Tree Servicing, by and through its undersigned counsel, respectfully submits this Notice of Bankruptcy Status, and states as follows:

1.      On February 11, 2019 (the "**Commencement Date**"), Ditech Holding Corporation and its debtor affiliates, as debtors and debtors in possession, including Ditech Financial LLC f/k/a Green Tree Servicing (collectively, "**Ditech**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

2.      On February 18, 2019, the undersigned caused to be filed in this present matter a Notice of Bankruptcy (ECF No. 13) to inform the Court and the parties of Ditech's bankruptcy cases and the automatic stay imposed by section 362 of the Bankruptcy Code.

3.    On September 26, 2019, the Bankruptcy Court entered the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Confirmation Order**") approving the terms of the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1326) (the "**Plan**").   The Plan incorporates the sale of Ditech's reverse and forward businesses to separate buyers (the "**Buyers**").

4.    The Plan contains a permanent injunction (the "**Injunction**") that specifically prohibits parties from, among other things, taking actions inconsistent with the Plan, including, as relevant here, forever prosecuting any action against Ditech for monetary recovery on account of any claim arising prior to the closing of the transactions under the Plan—September 30, 2019. The provision setting forth the Injunction in the Plan is attached hereto as **<u>Exhibit A</u>**.

5.    Pursuant to the Injunction set forth in the Plan, Parties may, however, continue to (a) assert certain nonmonetary claims and/or defenses to a foreclosure action brought by Ditech to the extent such defenses are necessary for the resolution of the foreclosure action; (b) with respect to borrowers who have commenced bankruptcy proceedings, assert certain objections to claims brought by Ditech in the party's bankruptcy proceeding, in addition to seeking an accounting from Ditech, engaging in court-authorized loss-mitigation programs, and consummating settlements of claims and liens in accordance with the ordinary course of Ditech's business; and (c) contest the amount, validity, and/or priority of liens with respect to properties subject to mortgages owned or serviced by Ditech.

6.    In addition, the Injunction does not affect a borrower's right to "assert defenses or rights of recoupment" against Ditech or the Buyers, so long as it does not result in or seek monetary recovery from Ditech.

7.      Plaintiff exclusively seeks monetary recovery against Ditech by this action. Pursuant to the Injunction set forth in the Plan and the Confirmation Order, Plaintiff Lisa Andersen is enjoined from continuing this action. Ditech Financial LLC has contacted Plaintiff in writing and requested that Plaintiff agree to dismiss this action against Ditech Financial LLC. In the absence of a consensual dismissal, in accordance with the Plan, Ditech Financial LLC may seek relief from the Bankruptcy Court in the form of an order (a) enforcing the injunctive provisions of the Plan and Confirmation Order, and (b) prohibiting Plaintiff from continuing prosecution of this action against Ditech Financial LLC. Plaintiff may consider with advice of counsel whether to pursue a claim against the Consumer Creditor Reserve in accordance with the Plan.

DATED: November 5, 2019.                      Respectfully submitted,

                                              /s/ *Daniel Z. Herbst*
                                              Daniel Z. Herbst (D. Md. Bar. No. 17510)
                                              Reed Smith LLP
                                              1301 K Street, N.W.
                                              Suite 1000 - East Tower
                                              Washington, D.C. 20005-3373
                                              +1 202 414 9200
                                              Fax +1 202 414 9299
                                              Direct Phone:  +1 202 414 9232
                                              Email:  dherbst@reedsmith.com

                                              *Counsel for Ditech Financial LLC f/k/a Green Tree Servicing*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send electronic notification of such to

the following:

> Courtney Weiner
> Law Offices of Courtney Weiner PLLC
> 1629 K St., NW, Suite 300
> Washington, DC 20006
> cw@courtneyweinerlaw.com
>
> *Counsel for Plaintiff*

> /s/ *Daniel Z. Herbst*
> Daniel Z. Herbst