**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

|  |  |
|---|---|
| LISA ANDERSEN, | : |
| Plaintiff, | : Civil Action No.: 1:18-cv-001820-RDB |
| v. | : |
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice, with each party to bear its own fees and costs.

Stipulated to and presented on this _____ day of November 2019.

Respectfully submitted,

 */s/ Courtney L. Weiner*

Courtney L. Weiner (Bar No. 19463)
Law Offices of Courtney Weiner PLLC
1629 K St., NW, Suite 300
Washington, DC 20006
Phone: (202) 827-9980
cw@courtneyweinerlaw.com

*Counsel for Plaintiff Lisa Andersen*

/s/ *Daniel Z. Herbst*
Daniel Z. Herbst (Bar No. 17510)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
Direct Phone:  +1 202 414 9232
Email:  dherbst@reedsmith.com

*Counsel for Ditech Financial LLC f/k/a Green Tree Servicing*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such to all counsel of record.

                                  /s/ *Courtney L. Weiner*
                                  Courtney L. Weiner